FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 25 2021

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:21-cv-63-LPR-JJV

Jury Trial: ☒ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: William Joseph Newman
ADC # 651574  Pope County detention center # 56565
Address: #3 Emergency Lane Russellville, AR 72801

Name of plaintiff: Johnny A. Mitchell
ADC # 153261  Pope County Det. Center #53725
Address: #3 Emergency Lane Russellville AR 72801

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Turn Key Health Services
Position: Pope County Inmate Health Care
Place of employment: Pope County Detention Center
Address: #3 Emergency Lane Russellville, AR 72801

Name of defendant: Rowdy Sweet
Position: Captian of Pope County Detention

This case assigned to District Judge Rudofsky
and to Magistrate Judge Volpe

Place of employment: Pope County Detention Center
Address: #3 Emergency Lane Russellville, AR 72801

Name of defendant: Shane Jones

Position: Jail administration

Place of employment: Pope county dettention center
Address: #3 Emergency Lane Russellville, AR

Name of defendant: Blake Wilson

Position: Jail administration

Place of employment: Pope county Dentention center
Address: # 3 Emergency Lane Rsvl, AR 72801

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ✗

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐   Court (if federal court, name the district; if state court, name the county): _____

☐   Docket Number: _____

☐   Name of judge to whom case was assigned: _____

☐   Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐   Approximate date of filing lawsuit: _____

☐   Approximate date of disposition: _____

IV.   Place of present confinement: **Pope County Detention Center #3 Emergency Lane Russellville, AR 72801**

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

__X__ in jail for other reasons (e.g., alleged probation violation, etc.) explain **(90) day Short term parole violation, Pending Charge of Delivery of controlled sub.**

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __X__   No _____

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? **Yes, multiple times.**

-6-

Yes **X**   No ____

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

As of December of 2020 there was a massive outbreak of Covid-19 in pope county detention around December 28th 2020 I began to display symptoms of Covid 19. I began to submit the sick call forms on 01/01/2021. At the time I was exihibiting all symptoms of covid-19. After I put sick call I was evaluated, given medication (clonadine 0.1mg) because of elevated blood pressure along with numerous other medications that was explained to me as the "Covid protocol" all this was done without a covid 19 (cont)

Pg 7(B)

(cont from pg 7)

test. After 1 or 2 days the medication I was being given stopped. I was told that covid protocol medication changed and I was to be billed for another sick call. I put in another sick call explaining my symptoms and requested to be tested for covid (which was denied) I was given more unknown medication for approx 7 days. From January 1st 2021 to January 4th 2021 I put in 4 sick call requests complaining of covid symptoms. I requested repeated a covid test, And was denied all times. During my sick call request evaluation the nurse forged my medical documents. She documented a body temperture reading of 98.7 when she never even put a thermometer nowhere near me. After forging these documents she then diagnosed me with an upper respirtory infection. I again asked to be tested for covid because I had headaches, fatige, vomiting and I beleive a fever. I was denied a covid test once again. As of the filing of these documents I still have not been tested for covid. I have been housed with

multiple inmates who have tested positive for covid offically as well as countless others who are displaying symtoms but the detention center refuses to address this issue. I don't know why medical here as well as jail administrators are covering up the fact that probably every inmate in here has covid. We are being refused covid tests and proper medical care the nurse in medical forged medical documents as far as my vital signs. This should have been seen on the jail survailence cameras. She never touched me with any sort of thermometer yet she recorded a temp reading. I've exhusted all grievance and request proceedures. I have asked jail administator Rowdy Sweet to look into this situation and he refuses to look into the situation. There is numerous requests from my family and through the jail kiosk. I've used every avaible remedy availible to me, on multiple occasions, in attempt to get proper medical treatment and a covid test. I am in a open pod with no type of way to social distant. I am not able to even buy a mask nor am I provided a mask. This is deliberate exposure to a contagous disease,

I have asked the Jail administrator to look into the situation only to no avail.

Also I was directly mislead into beleiving that sick call visits covid related VIA "The KIOSK" pope county detention center inmate information center by captain Sweet were indeed Not to be billed. I was billed after be displaying symptoms of covid and complaining. I am also in fear of direct retailiation of Captian Sweet for filing this lawsuit. I was previously "interveiwed" in capt Sweets presence in 2018 over a dislocated thumb and made very aware that things can be made real diffucult for me around here

William Newman

The sick call requests are unobtainable by myself. Jail administration says they don't have to give me printouts of requests or greivances. The greivance and request referance numbers are below.

Sick call ref #  |  Greivance ref #
#7904364 date 01/01/2021  #7857920 12/25/2020
#7905598 date 01/01/2021  #7904998 01/01/2021
#7912154 date 01/02/2021  #7918893 01/04/2021
#7925816 date 01/04/2021  #7973263 01/11/2021

1-20-21

I John Mitchell ADC# 153261 Inmate of Pope Canty Det. Center since Dec 30, 2020 till currently and even earlier the past year have been locked up and my rights being violated due to the covid 19 exspouse & no way of social distancing & lack of testing and medical care have been subject to covid by other inmates & refused any medical test or preventive measures. We have beds a cm length apart from each other & no mask or measures to protect ourselves. We cannot even buy mask or make our own is considered contraband. Ive never even been tested by temperture or any other form. I beleave this is a violation of my civil Rights and should be investigated and justice be done. I should not be subject to the pandemic due to allegations of a crime I'm not convicted of.
We currently have 24 inmates in a Pod that is no way allowing us social distancing and no vaccine has been offered to us at all. The ones diagnosed with covid were only given aspirin & vitamins and were fed from foam trays to prevent the spread of covid.
Pope county states their have been no cases of covid on the kiosk and noone will be charged for covid testing or diagnosis. But yet local news has shown gourds and inmates have been tested possitive for the covid.

Even have released inmates due to covid-19 exsposure. I feel my life is in danger from current exsposure from the facilities I'm being held at and no medical services are inforced to safely house all the inmates in the facility. If investigated it can be proven their is not any plaureable way we can social distance or anyway we can protect ourselves. But yet guards have mask and gloves and antibacterial soaps & sanitizers to protect themselves. We cant even get clean silverware and glasses to use dailey I've had the same utensils since I've been incarcerated. We gotta use bathroom sinks for clean drinking water and cleaning our utensils which is arm reach away from showers and urinals and toilets with the floors constantly wet with a fan blowing over them day and night circulating the wet moist air through out the pod. It doesnt matter where we are houred in the facility the conditions are no better. We are all sharing clothes blankets, underwear, socks and allowed to change every other day. Im being held for crimes I've not been convicted on and being violated my rights everyday I'm being held. I feel Im wrongfuly being subject to poor health conditions and should be compensated for such. Please look into my concerns and health violations Thank You.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be moved to a near by jail away from threats of retailiato. I would like to be housed in a facility w/ proper medical, in a enviornment where medical needs are taken serious $1000 per day for everyday of denied medical treatment and intentional expousure to covid 19, in a threating enviornment

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 20th day of January, 2020.

William J Newman
John Mitchell

Signature(s) of plaintiff(s)

-8-

William J Newman #56565
#3 Emergency Lane
Russellville, AR 72802

LITTLE ROCK AR 720
21 JAN 2021 PM 4 L

NEOPOST
01/21/2021
US POSTAGE $000.80

ZIP 72801
041M11280338

Legal Mail

United States District Court
Eastern District of Arkansas
Office of the Clerk
600 West Capitol Avenue
Room A 149
Little Rock, Arkansas 72201