IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHNNY A. MITCHELL                                                         PLAINTIFF
ADC #153261

v.                         Case No. 4:21-CV-00063-LPR-JJV

TURN KEY HEALTH SERVICES, *et al.*                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (PFR) submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed and the time to do so has expired. After a careful review of the PFR and record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's Amended Complaint (Doc. No. 7) is DISMISSED without prejudice.[1] The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 28th day of June, 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] This Order of Dismissal moots the previous Partial PFR (Doc. 10).