# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOHNNY A. MITCHELL**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #153261**

v.　　　　　　　　　Case No. 4:21-CV-00063-LPR-JJV

**TURN KEY HEALTH SERVICES,** *et al.*　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the order filed on this date, it is considered, ordered, and adjudged that plaintiff Johnny A. Mitchell's complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 28th day of June, 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE